[No. 33325-9-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON HELLBUSCH, *Appellant*.

Appeal from judgments of the Superior Court for Whatcom County, No. 92-8-00922-4, Frank Morrow, J. Pro Tem., entered July 13, 1993 and August 26, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Pekelis, C.J., and Webster, J.

[No. 34023-9-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03526-4, Faith Enyeart Ireland, J., entered January 18, 1994. *Affirmed* by unpublished opinion per Alsdorf, J. Pro Tem., concurred in by Coleman and Becker, JJ.

[No. 34706-3-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HANH HUU NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-00226-2, Mary Wicks Brucker, J., entered May 23, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Pekelis, C.J., and Kennedy, J.